# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
State Division

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2023 OCT -4 A 9:57 CLERK SO. DIST. OF GA.

Capree Strong, Paul Singleton
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Welsh Pawn Shop
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

CV423-0293

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Capree Strong
Street Address: 927 E 213th Street unit 2
City and County: Bronx
State and Zip Code: New York, 10469
Telephone Number: 646-548-1301
E-mail Address: CapreeStrong0302@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Plaintiff #2
  Name: Paul Singleton
  Street Address: 927 E 213th Street Unit 2
  City and County: Bronx
  State and Zip: New York 10469
  Phone Number: 646-548-1301
  Email Address: CapreeStrong0302@gmail.com

Defendant No. 1
- Name: Welsh Pawn Shop
- Job or Title (if known): Pawn Shop
- Street Address: 32 E Derenne Ave
- City and County: Savannah
- State and Zip Code: Georgia 31405
- Telephone Number: 1912-352-4474
- E-mail Address (if known):

Defendant No. 2
- Name: Welsh Pawn shop
- Job or Title (if known): Pawn Shop
- Street Address: 3200 Skidaway Rd
- City and County: Savannah
- State and Zip Code: Georgia 31404
- Telephone Number: 1912-356-9100
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* **Capree Strong**, is a citizen of the State of *(name)* **New York**.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation

   The defendant, *(name)* Welsh Pawn Shop, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Me and my family were racially profiled and denied service because of race.

III. **Statement of Claim**

   Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   Me and my black family went to the pawn shop so I can purchase a firearm. They took me and my boyfriends ID even though I was making the purchase, which was made very clear. They never even ran a background check on either of us. They called their other location and told them to deny us as well without providing a reason.

IV. **Relief**

   State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

   After experiencing being racially profiled I went to look at reviews to the Welsh pawn shop and they have reviews stating that Welsh is a racist establishment. They can not continue to racially profile people any longer.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/23/23

Signature of Plaintiff: Capree Strong
Printed Name of Plaintiff: Capree Strong

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# UNITED STATES DISTRICT COURT
for the

_____

Capree Strong
_____
Plaintiff
v.
Welsh Pawn Shop
_____
Defendant

)
)
)
)
)

Civil Action No. _____

## WAIVER OF THE SERVICE OF SUMMONS

To: Capree Strong
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 09/23/23

_____
Signature of the attorney or unrepresented party

Capree Strong
_____
Printed name of party waiving service of summons

Capree Strong
_____
Printed name

927 E 213th Street unit 2, Bronx, NY 10469
_____
Address

CapreeStrong0302@gmail.com
_____
E-mail address

646 548 1301
_____
Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Capree Strong
927 E 213TH Street Unit 2
Bronx NY 10469

NEW YORK NY 100

26 SEP 2023 PM 6 L

United States District Court for the Southern District of Georgia

600 James Brown Blvd,
Augusta GA 30901

30901-235126