UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAPREE STRONG and )
PAUL SINGLETON, )
 )
      Plaintiffs, )
 )
v. ) CV423-293
 )
WELSH PAWN SHOP, *et al.*, )
 )
      Defendants. )

## REPORT AND RECOMMENDATION

*Pro se* plaintiffs Capree Strong and Paul Singleton filed a Complaint alleging racial discrimination by several locations of a Savannah, Georgia pawn shop. *See* doc. 1 at 5. Only Plaintiff Capree Strong signed the Complaint. *See id.* at 6. The Clerk notified Plaintiff Singleton of his failure and directed him to correct the omission within fourteen days. *See* doc. 3 at 1. No filing fee or motion to proceed *in forma pauperis* was filed. *See* doc. 2. Therefore, the Clerk also directed the plaintiffs to either move to proceed *in forma pauperis* or pay the fee within twenty-one days. *Id.* The deadlines for plaintiffs to comply with

1

the Clerk's instructions have passed and plaintiffs have not responded. *See generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiffs' failure to comply with the Court's directions provides a sufficient reason to dismiss their Complaint.

Accordingly, Plaintiffs' Complaint should be **DISMISSED**. *See, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 6th day of November, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA