IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CAPREE STRONG, and PAUL SINGLETON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-293 |
| v. | |
| WELSH PAWN SHOP, *et al.*, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 6, 2023, Report and Recommendation, (doc. 5), to which plaintiffs have not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiffs' Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 15th day of December, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA